## HUTCHINS *v.* DANTE.

### APPEAL AND ERROR.

This appeal is governed by the decision of the court in *Hutchins* v. *Dante, ante,* 99.

No. 3042.    Motion to dismiss or affirm submitted November 7, 1917. Dismissed November 19, 1917.

HEARING on a motion to dismiss an appeal.        *Granted.*

*Mr. George E. Sullivan* for the motion.

*Mr. J. C. Gittings* opposed.

Mr. Chief Justice SMYTH delivered the opinion of the Court:

The appeal in this case is dismissed with costs, on the authority of the decision in *Hutchins* v. *Dante,* No. 3052, *ante,* 99.